UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROXANNE BOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-385 |
| v. ) | (PHILLIPS/SHIRLEY) |
| ) | |
| BLOOMIN' BRANDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Attorney Rebecca Vernetti, counsel for the Plaintiff, filed a Motion to Withdraw as Counsel [Doc. 10], on July 24, 2013. The Motion to Withdraw did not comply with Local Rule 83.4, and on July 25, 2013, the undersigned entered an Order stating certain requirements of Local Rule 83.4 and affording counsel for the Plaintiff up to and including August 9, 2013, in which to comply with Local Rule 83.4.

On August 9, 2013, counsel for the Plaintiff filed an Amended Motion to Withdraw [Doc. 12], which certified that the Plaintiff was provided a copy of the Amended Motion to Withdraw more than fourteen days prior to its being re-filed. Counsel for the Plaintiff also provided Plaintiff's last-known address.

Based upon the certification and information provided in the Amended Motion to Withdraw, the Court finds that the request to withdraw now complies with Local Rule 83.4.

Accordingly, the Motion to Withdraw and Amended Motion to Withdraw **[Docs. 10, 12]** are **GRANTED**. Attorney Rebecca Vernetti is **RELIEVED** of her duties as counsel in this case.

The Clerk of Court **SHALL INDICATE** in the docket that the Plaintiff is proceeding *pro se* at this time, and the Clerk **SHALL MAIL** notice of filings by the Court to the Plaintiff at her last-known address of 13296 Brazen Road, Vacherie, Louisiana 70090. Defendant **SHALL SERVE** Plaintiff with notice of any filings made by Defendant via mail. If Plaintiff intends to retain new counsel, her new attorney must file a notice of appearance on or before **October 14, 2013**. If no attorney appears on Plaintiff's behalf on or before October 14, 2013, the Court will presume that the Plaintiff intends to proceed *pro se* in this litigation.

Finally, the parties are reminded that this case is set to proceed to trial on **September 2, 2014**. The Clerk of Court **SHALL MAIL** a copy of this Memorandum and Order, along with the Scheduling Order [Doc. 8], to the Plaintiff at the above address.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge